SARAH ATKINSON, APPELLANT, V. BURFORD J. ATKINSON: GEORGE N. GIBBS ET AL., APPELLEES.

FILED JUNE 6, 1930. No. 27322.

*C. D. Ritchie,* for appellant.

*George N. Gibbs, William E. Shuman, Halligan, Beatty & Halligan* and *Perry, Van Pelt & Marti, contra.*

Heard before ROSE, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

This is an appeal by plaintiff from an order of the district court for Lincoln county fixing attorneys' fees for her attorneys, appellees herein, who had appeared for her in a divorce action in which she was granted a decree of divorce from defendant Burford J. Atkinson.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.